# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| TIMMIE HATCHETT | ) ) ) |
| Plaintiff | |
| vs. | ) Case Number: 14-3141 |
| UNITED STATES OF AMERICA | ) ) ) |
| Defendant | |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** The petition for habeas corpus relief is DENIED.

**Dated**: June 20, 2017

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court